

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAY SALAZAR, RICHARD A. NAJERA, JULIE REYNOLDS, GUILLERMO ACOSTA, OTHON MEDINA, AND JESUS B. OCHOA, JR., | § § § | No. 08-13-00171-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law Number Six |
| v. | § | of El Paso County, Texas |
| JOYCE WILSON, IN HER PERSONAL CAPACITY AS CITY MANAGER OF EL PASO, TEXAS, STEVE ORTEGA, IN HIS PERSONAL CAPACITY AS REPRESENTATIVE DISTRICT 7 EL PASO, TEXAS, COURTNEY NILAND, IN HER PERSONAL CAPACITY AS REPRESENTATIVE DISTRICT 8 EL PASO, TEXAS, | § § § § § § | (TC#2013-DCV-0099) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order granting Appellees' plea to the jurisdiction. We therefore affirm the trial court's order granting Appellees' plea to the jurisdiction. We further order that Appellees recover from Appellants all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2014.


GUADALUPE RIVERA, Justice

Before Rivera, J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment, concurring